UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Case No.  06-cr-134-01/02-SM

<u>Ellsworth Gottlieb and</u>
<u>Raymond Jackson</u>

### O R D E R

Defendant Jackson's motion to continue the final pretrial conference and trial is granted (document 19). Trial has been rescheduled for the December 2006 trial period. Defendant Jackson shall file a waiver of speedy trial rights not later than August 30, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** November 27, 2006 at 3:00 p.m.

**Jury Selection**: December 5, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

August 23, 2006

cc: Paul Garrity, Esq.
    Patrick E. Donovan, Esq.
    Mark Howard, AUSA
    US Probation
    US Marshal