UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                               Case No.  06-cr-134-02-SM

Raymond Jackson

## O R D E R

Defendant Jackson's motion to continue the final pretrial conference and trial is granted  (document 36).    Trial has been rescheduled for the June 2007 trial period.   Defendant Jackson shall file a waiver of speedy trial rights not later than April 25, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  June 1, 2007 at 2:30 p.m.

**Jury Selection**:  June 5,  2007 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

April 17, 2007

cc:  Paul Garrity, Esq.
     Mark Howard, AUSA
     US Probation
     US Marshal