UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No.  06-cr-134-02-SM

<u>Raymond Jackson</u>

<u>O R D E R</u>

Defendant Jackson's motion to continue the final pretrial conference and trial is granted (document 40).   Trial has been rescheduled for the September 2007 trial period.   Defendant Jackson shall file a waiver of speedy trial rights not later than May 21, 2007.   On the filing of such waiver, his continuance shall be effective.   No further continuances absent extraordinaray circumstances.   The parties shall be prepared to go forward as scheduled.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  August  24, 2007 at 2:30 p.m.

    **Jury Selection**:  September  5,  2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 11, 2007

cc:   Paul Garrity, Esq.
      Mark Howard, AUSA
      US Probation
      US Marshal